

# In the Missouri Court of Appeals
# Eastern District

FEBRUARY 25, 2014

THE FOLLOWING CASES WERE AFFIRMED IN ACCORDANCE WITH RULE 84.16(b) OR RULE 30.25(b).

1.  ED99474    RICHARD D. SELF, APP V STATE OF MISSOURI, RES

2.  ED99482 STATE OF MISSOURI, RES V ALON MONIGAN, APP

3.  ED99588 SANCHEZ T. TORELLO, APP V STATE OF MISSOURI, RES

4.  ED99591 STATE OF MISSOURI, RES V REGINALD PERKINS, APP

5.  ED99638 JAMES LEE, APP V STATE OF MISSOURI, RES

6.  ED99653 KENDRICK DOUGLAS, APP V STATE OF MISSOURI, RES

7.  ED100098 NATHAN WALLS, APP V. STATE OF MISSOURI, RES

8.  ED100128 MODIENE KANE, APP V. M. ZANE YATES, RES

9.  ED100130 RODNEY HARVEY, APP V STATE OF MISSOURI, RES

10. ED100187 JAMAAL MUHAMMAD, APP V STATE OF MISSOURI, RES